Amanda F. Benedict, Esq. SBN 200291
Law Office of Amanda Benedict
7710 Hazard Center Drive, Suite E104
San Diego, CA 92108
T: 760-822-1911
F: 760-452-7560
amanda@amandabenedict.com

Daniel Zemel, Esq. (*Pro Hac Vice*)
Zemel Law LLC
660 Broadway
Patterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
Attorneys for Plaintiff,
MARISOL RAWSON

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL RAWSON,<br><br>        Plaintiff,<br>   vs.<br><br>KOHL'S CORPORATION<br><br>        Defendants. | **Case No.: 4:19-cv-00153-SBA**<br><br>**NOTICE OF SETTLEMENT** |

     PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Marisol Rawson ("Plaintiff") and Defendant Kohl's Corporation ("Defendant"). As such, all pending motions may be deemed moot.

Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendants with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 20, 2021.

/s/ Daniel Zemel
Daniel Zemel, Esq. (*Pro Hac Vice*)
Zemel Law LLC
660 Broadway
Patterson, NJ 07514
T: (862) 227-3106
F: (973) 282-8603
DZ@zemellawllc.com
Attorneys for Plaintiff,
MARISOL RAWSON

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2021 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.