UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARISOL RAWSON, | Case No: 19-cv-00153 SBA |
|      Plaintiff, | **CONDITIONAL DISMISSAL ORDER** |
|   vs. | |
| KOHL'S CORPORATION, | |
|      Defendant. | |

Having received notice of the settlement of the action, see Dkt. 55, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. The pending motion to stay proceedings, Dkt. 54, is DENIED as moot. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and pretrial/trial dates will be reset, provided such motion is filed within sixty (60) days of the date this order is filed.

IT IS SO ORDERED.

Dated: January 22, 2021

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge