Amanda F. Benedict, Esq., (SBN 200291)
LAW OFFICE OF AMANDA BENEDICT
7710 Hazard Center Drive, Suite E104
San Diego, California 92108
T: 760-822-1911
F: 760-452-7562
amanda@amandabenedict.com

Daniel Zemel, Esq. (*pro hac vice*)
ZEMEL LAW LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
T: 862-227-3106
F: 973-282-8603
DZ@zemellawllc.com
Attorneys for Plaintiffs, MARISOL RAWSON

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL RAWSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>KOHL'S CORPORATION,<br><br>           Defendant. | Case No.: 4:19-cv-00153-SBA<br><br><br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by and between counsel for Plaintiffs, Marisol Rawson and Defendant, Kohl's Corporation, that the above-entitled action is hereby dismissed against Defendants Kohl's Corporation, with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Notice of Settlement as to Kohl's Corporation

Dated: March 22, 2021

Respectfully submitted,

*/s/ Bridget Polloway*
Bridget Polloway, Esq.
Admitted Pro Hac Vice
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5903
bpolloway@kelleydrye.com
*Attorney for Defendant*

*s/ Vincent P. Rao II*
Vincent P. Rao II, Esq.
Admitted Pro Hac Vice
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5903
vrao@kelleydrye.com
*Attorney for Defendant*

*s/ Tahir Boykins*
Tahir Boykins, Esq.
Kelley Drye & Warren LLP
10100 Santa Monica Blvd
Twenty-Third Floor
Los Angeles, CA 90067
Tel: (310) 712-6100
tboykins@kelleydrye.com
*Attorney for Defendant*

*s/ Amanda F. Benedict*
Amanda F. Benedict, SBN 200291
Law Office of Amanda F. Benedict
7710 Hazard Center Dr. Suite E-104
San Diego, CA 92108
(760) 822-1911
amanda@amandabenedict.com
*Attorney for Plaintiff*

Daniel Zemel, Esq. (*pro hac vice*)
ZEMEL LAW LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
T: 862-227-3106
F: 973-282-8603
DZ@zemellawllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

*s/ Amanda F. Benedict*
Amanda F. Benedict, SBN 200291